IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDRICK BILLUPS**  **PLAINTIFF**
**ADC #151776**

v.  Case No. 4:22-cv-001026-LPR

**McFADDEN, Officer,**
**Pulaski County Regional Detention Facility, et al.**  **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("RD") from United States Magistrate Judge Joe J. Volpe. Plaintiff has not objected, and the time to do so has expired. After a careful and *de novo* review of the RD and the record, the Court adopts the RD in its entirety.

Accordingly, the Complaint (Doc. 1) is dismissed without prejudice for failing to state a claim upon which relief may be granted. The Court recommends that, in the future, dismissal of this case count as a strike for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would be frivolous and not in good faith.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE