IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDRICK BILLUPS**                                                                                              **PLAINTIFF**
**ADC #151776**

v.                              Case No. 4:22-cv-001026-LPR

**McFADDEN, Officer,**
**Pulaski County Regional Detention Facility, et al.**                          **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed and this case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Judgment and any related Orders would be frivolous and not in good faith.

IT IS SO ADJUDGED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE